# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MOHAMMAD SIDDIQI, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | MISC. ACTION NO. H-07-580 |
| ROBERT S. MUELLER, Director FBI, *et al.* | § § § | |
| Defendants. | § § | |

## ORDER OF REMAND

In accordance with this court's Memorandum and Opinion of even date, this action is remanded to the United States Citizenship and Immigration Services with the following instructions:

Within 14 days, the USCIS must order the FBI to expedite the name check on Shaikh S. Siddiqi.

Within 60 days from the date the FBI completes the name check and reports the results to the USCIS, or by May 2, 2008, whichever is earlier, the USCIS must report to this court, in writing, on whether the FBI has completed the name check on Shaikh S. Siddiqi and reported the results to the USCIS. If not, the USCIS must report on the status of the name check and the reasons for the failure to complete it.

Within 60 days of receiving the report of the results of the name check from the FBI, or by July 7, 2008, whichever is earlier, the USCIS must decide Shaikh S. Siddiqi's

naturalization application or report to this court, in writing, on the status of the investigation. If the decision is to grant the application, the USCIS must permit Siddiqi to be naturalized as a citizen within 30 days of that decision.

As to the applications of Ahmad Siddiqi, Mohammad Siddiqi, and Mohammad Shibli, the USCIS must report to this court, in writing, the status of the investigations no later than July 7, 2008. If the decision is to grant an application, the USCIS must permit that applicant to be naturalized as a citizen within 30 days of that decision.

SIGNED on February 1, 2008, at Houston, Texas.

                                                                                  _____
                                                                                  Lee H. Rosenthal
                                                                                  United States District Judge